# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 7, 2013

## NO. 03-13-00183-CR

**Ray Mendoza Miranda, Appellant**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM 22ND DISTRICT COURT OF HAYS COUNTY
### BEFORE CHIEF JUSTICE JONES, JUSTICES GOODWIN AND FIELD
### DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE FIELD

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, because it is the opinion of this Court that the appeal should be dismissed for want of jurisdiction: it is **ORDERED, ADJUDGED** and **DECREED** by the Court that the appeal be dismissed in accordance with the opinion of this Court; and it appearing that the appellant is indigent and unable to pay costs, that no adjudication as to costs be made; and that this decision be certified below for observance.